May it please the court, Vahag Marevosian representing Kaass Law, the appellant in this action. I would like seven minutes for the opening and I'm going to reserve three minutes for the rebuttal. Okay, well you have, you see the clock there, so when it gets down to three, that'll be your three minutes. I'll also try to help you. Thank you, your honor. This is an appeal from imposition of sanctions against the appellant, Kaass Law, under 28 United States Code section 1927. The district court erred in imposing these sanctions for a number of reasons. First, 1927 does not apply to law firms. Let me ask you, right off the bat, I couldn't tell from the record whether Kaass Law is an individual using a service mark or it is a group of lawyers. Is there more than one lawyer that is part of Kaass Law? Yes, your honor, there are currently three attorneys working for Kaass Law. Kaass Law is not a person, it's a firm and it has been recently incorporated. Okay, thank you. 1927 does not apply to law firms and the statutory language is very clear. It says any attorney or other person admitted to conduct cases. Well, a firm cannot technically be admitted to conduct cases and Seventh Circuit in the decision Clyburn v. Wisdom gave a very well reasoned explanation as to why this is the case. The Sixth Circuit appellate court has agreed with the Seventh Circuit. Could you tell me how the issues were raised below? What issues were raised in district court? In Clyburn's case? No, in this case. In this case? The district, the appellant filed a complaint in the district court and it was the initial complaint? What I mean is did you tell the district or did whoever was advocating in district court tell the district judge 1927 can't apply, you need a finding of bad faith and so forth? It doesn't apply to initial pleadings. There was no opportunity, your honor, to bring that to the judge's attention. It was the first initial complaint that was filed and this order foreclosed the appellant from bringing those arguments to the attention of the district court. This sanction order came without an oral hearing? Yes, your honor. It was taken under submission. The appellant did not have any opportunity whatsoever to argue these points. There wasn't a show cause why you shouldn't be sanctioned under 1927? There was no show cause, there was no admonition, there was nothing. The initial complaint was filed, the appellant filed for a motion to amend the complaint. At the same time, there was a motion to strike by the defendant, the appellate. Excuse me, maybe I'm misremembering this, I thought you filed a complaint, there was a motion, a 12B6 motion that was filed, and after that you filed a first amended complaint. Was there more pleading involved or not? No, we didn't file a first amended complaint, we filed a motion to amend the complaint. I know you didn't do it, but someone in the law firm filed the motion, which was really unnecessary, right? You have automatic free right to amend. Yes, it was unnecessary, your honor. So it's like nobody minding the store in terms of making sure that a new attorney understands how the federal rules work? Your honor, it was just an oversight on the part of the attorney and granted that the attorney didn't have the type of experience. Newfellow is kind of a belt and suspenders man, the rule says you can file it without leave, but he figured he better get leave. Your honor, the advisory note rule 15 says that instead of opposing the motion to dismiss, that it is okay in response to that to file a first amended complaint. So you had a free first amended complaint, and then it gets confusing though because if you do like Judge Kleinfeld says, belt and suspenders, because everybody is worried you're not doing the right thing, then you invoke the local rule which says you can't file the motion without some kind of meet and confer. So you kind of got yourself in a little bit of a rat's nest there by filing the motion, and the judge seemed to treat it as if you needed to file the motion, but you hadn't complied with the local rules. Was there ever any ability to respond to that? Your honor, I think that the district court applied the local rule in an overly rigorous manner, and this court has, there has been more egregious actions by the attorney, I can, that this court has approved the lower court decision in these actions, and in that case the attorney basically filed seven untimely motions to extend, didn't respond to discovery, filed the wrong complaints. That gets me at least for what to me is the key element in this case, and that is district judges have a panoply of, if you will, tools to use with attorneys that he or she believes are not complying. You've got inherent authority or inherent power, you've got 1927, you've got Rule 11. Can you tell me, please, what authority exists under 1927 in any jurisdiction that permits the district judge to consider actions of, in this case, a law firm in other lawsuits? It seems to me it's very clear that he didn't, was not pleased about one of the people who I gather is affiliated with the Cass Law Firm, who had filed scores of these other virtually identical lawsuits, and this firm has filed scores of lawsuits of a similar nature. But this is a case, and when you look at 1927, it talks about case. So what authority is there for the district judge to take into account under 1927, as opposed to these other matters that I mentioned, other tools, to permit the judge to consider all these other cases in rendering a decision in this case? There is none that I'm aware of, Your Honor, and there's Rule 11 in place that a police could have utilized for, if they thought that this was an improper complaint that was filed, or it was filed for purposes of harassment, there is a civil procedure tool, Rule 11, in place to remedy that situation. To sidestep Rule 11 and overuse of 1927 would jeopardize the civil litigants' rights. Rule 11 specifically contemplates law firms in addition to persons, right? That was amended, yes, Your Honor. And what about the inherent authority of the district court? That also could encompass a law firm, right? Yes. Inherent authority could. However, this court in U.S. v. Stoneberger said that, and quote, for sanctions to be validly imposed, Your Honors, the conduct in question must be in fact sanctionable under the authority relied upon. So inherent power is also shielded from the democratic protections. Democratic protections? What do you mean? This is a court. It's not an election. It's the court. Yeah, the judge is not an elected body, and he can just use and sometimes misuse the inherent authority, and there's no – it doesn't go through the democratic system. From your perspective, the big problem here is that the judge relied on the wrong authority to exercise – to impose sanctions. Is that right? That's right, Your Honor. So if we were to agree with you and say, well, 1927 by its very terms does not apply to a law firm, does not apply to an initial pleading, and we send it back, can the district court do the same thing but invoke inherent authority? Your Honor, inherent authority is very potent, and the Supreme Court has warned the district court against using – Why don't we answer the question, can he use the inherent authority on remand? Would that be within the confines of the law describing inherent authority? I see that my time is running out. If I may have some more additional time to respond to your question, Your Honor. The judge can technically use the inherent authority. However, the inherent authority is very potent, and the Supreme Court has warned, cautioned against district courts using their inherent authority because of those concerns that it doesn't have the democratic supervision upon it, and that it could be used however different standards might apply, and it might be a higher standard under which this conduct is not – Does the district court – is the district court subject to, in quotes, democratic supervision when you use Rule 11 or 1927 when properly – Yes, Rule 11 is passed by Congress, and Congress representatives are elected by the people – Oh, I see what you mean. So you're saying that the rule, 1927 and Rule 11 indirectly has been approved by Congress, that makes it different than inherent authority? Exactly. I get it. Let me ask you about this meet and confer requirement and the local rules. I was interested in the word meet as well as confer, and I don't know how they do it in the central district. I was thinking if it means meeting in person, that would be driving and parking in the L.A. area. That would be a half day. If it means meet by phone, it means phone tag, playing phone tag and back and forth a couple times until you're both in the office at the same time. If you can do it by email, it's no big deal. It's pretty easy to say, I propose to file this motion. Do you have anything to say about it? Email back. Go ahead and file. I don't know what it means. What is the practice? It could be done telephonically, even though the rule suggests that it be done in person. What's the practice? In practice, telephonic is what the practice is. Phone call? Phone call. And local rules, it's just mere negligence or oversight of not doing meet and confer does not give rise to the amount of recklessness and subjective bad faith that is necessary to impose sanctions under 1927. I remember we had a case that said bad faith is necessary. Do you remember which one it is? Is that Zaldivar? I can't remember. I may have a moment. Never mind. Never mind. I can look it up. I think we'll hear from Wells Fargo now. Thank you. Thank you. Thank you, Honors. Good morning, Your Honors. My name is Kerry Frannich. I represent Wells Fargo Bank. Counsel, I have a question for you. Of course. When I think of multiplication of proceedings, the 1927 issue, I think of cases I had when I was a district judge, and occasionally I see the records here, where the motions, the papers, just keep coming. You can't even keep track of them. I had one that was affirmed in this court when I was a district judge. Jenny Wages, a tax protester, and she was filling a file cabinet. In this case, the only multiplication of proceedings I can see is by the bank. I'm getting all these papers instead of just getting to whether there's a claim or not for misreporting this person's credit status. I mean, there's one paper that the bank sent saying the loan's been paid off and another one saying it's been written off. That's the opposite. And then all these papers and motions and striking and all that, it looks like the multiplication of proceedings by the bank. What's the multiplication of proceedings by the plaintiff? The multiplication of the proceedings by the plaintiff is recognizing that this particular case was a small piece of a much larger puzzle. Look, there's nothing wrong with instead of a plaintiff doing a class action, in fact, it may be superior. Instead of a class action representing individual plaintiffs one by one where some wrong has been committed against them, you don't have to show commonality and typicality and numerosity and all that. You just show that this individual has a case. I'd agree with you but for the fact that all these other cases that were pending throughout the central district were recognized by courts to be defective. Who cares about the other cases? Is this one defective? I just looked at this one. The answer, Your Honor, is this particular complaint is a cookie cutter. So what? No different from the other cases. I happened to know a lawyer years ago who filed innumerable cases all over the country for people who were injured by Sturm Ruger revolvers because of the lack of a transfer bar. Cookie cutter complaint and they're all good complaints and they wound up paying on all of them after they'd been at trial on a few. No, I'd agree. What's the matter with cookie cutter complaints if you have cookie cutter wrongs? If the form complaint that you're utilizing states an adequate claim and the facts are there, then I would agree with you, Your Honor. There's nothing wrong with it. If this was so bad, why didn't you file Rule 11 and go through the Rule 11 procedure? Well, I don't know the answer to that question, Your Honor. Because it's a good question that we're here in the Ninth Circuit Court of Appeals arguing over a Section 1927 order that clearly can't apply to a law firm. So if Wells Fargo is so exercised, and I understand they're impatient, they should have done something about it. I suspect the answer to your question, Your Honor, is under the local rule under 7-3, we had an obligation to reach out to the other side before moving to dismiss. If they didn't recognize that their complaint was already defective under that rule, I think it probably would have been fused. I'm not sure whether it's defective or not. That never got adjudicated. It looks more like the bank just trying to intimidate the plaintiff's lawyer. That's certainly not the case, Your Honor. You know, I mean, you have basically, you know, as he says, you can have a class action. And I know that the bank is upset. But you have this individual person, and she says, look, I had errors on my credit report. Here's a statute that gives me a remedy, and here's the actual Wells Fargo number account that shouldn't have been on there. I don't know if she has a claim or not, but in the end, but hasn't she basically, you're on notice as to what her problem is, aren't you? Well, to the extent we understand, it's some credit reporting-related dispute. Isn't it just a Rule 8 about a statutory claim for erroneous credit reporting, not a Rule 9 fraud complaint? I think so, Your Honor. And if you thought, you know, if you say, well, I mean, it seems to me you can see what her problem is. She says, well, this account number is the one that was included on my credit report. That's wrong. So that's your account. You can figure that out. You could move for a more definite statement. If you think this is some kind of hanky-panky by the plaintiff's law firm, you could move for Rule 11. But I'm having some trouble even understanding how we got into this, given the nature of the complaint. So maybe you can explain that. Yeah. Two things come to mind, Your Honor. First, in looking at the four corners of the complaint, I'm not certain it's so clear-cut that, you know, her position is, my account was reported incorrectly by Wells Fargo. I know that's the story now. She doesn't have to plead with specificity because, as you just conceded, it's a Rule 8 issue, not a Rule 9 issue. No, that's correct, Your Honor. But there still has to be actual facts showing that Wells Fargo engaged in inaccurate credit reporting. Now, if you compare the exhibits that were attached to their opposition to the fee motion, which are those printouts of some kind, I don't know what those documents are. They're not Wells Fargo documents. They weren't attached to any sworn declaration. But if you compare those to what was alleged in the complaint, on the one hand, the complaint says the accountant does not belong to her. I'm not sure what that quite means. Counsel, let me ask you this. My colleagues have brought up important points about pleading, but what it boils down to, these are typical kinds of issues you deal with at the elementary and beginning stages of pleading. Does the bank concede the fact that if the district court is not permitted to take into account other actions other than this particular one, that there was no bad faith here? No, we can't concede that, Your Honor. Well, how can there possibly be bad faith? You have an initial pleading. You file a 12B6, and they file a motion and or a First Amendment complaint. That's it. Now, it's true you get into the attorney fees later on, but in that universe, forgetting everything else, how can that be bad faith? I'll give you, Your Honor, that it's definitely a much more difficult obstacle for the bank to overcome in that scenario that you just described. But the answer is that the first step, of course, is to look at the complaint. The complaint did not allege sufficient facts. Let's say it's a really bad complaint. Correct. So then you file your 12B6. They file a fact. You probably think that's bad, too. But the reality is that happens every day in district court, all the time. In superior courts, you get demurrers. I mean, that's just normal pleading. It's not bad faith pleading. It's just normal pleading. You're absolutely correct. Where's the bad faith here? So the next step is we file the motion to dismiss. They did not oppose. Now, again, I'll concede that that... Do they need to oppose a motion to dismiss if they have a motion, if they have an amended complaint filed? No, and that was my exact next point, Your Honor. If you could look at the proposed amended complaint, there's no meaningful difference between the... I looked at the amended complaint, and all I could see wrong with it is it says defendants did all these bad things instead of saying specifically what Wells Fargo did as distinguished from other defendants, if there is a distinction to be drawn. So my initial reaction reading it was the same as Judge Smith's. Well, file a motion to dismiss. They don't say what, if anything, Wells Fargo did wrong, and then they can amend to say what Wells Fargo did wrong or concede that Wells Fargo didn't do anything wrong or whatever. I understand your point, Your Honor. Judge Smith, to answer your question, it's definitely a much more difficult case for the bank without all those other cases. Okay, let me just ask you this. Just arguendo, if we view this as being, just looking at this case, there's no bad faith. There's just not enough there. And if we say 1927 doesn't apply, what would the bank want us to do? Send it back to the district court for a reconsideration based upon inherent powers? Would you have an opportunity to move for Rule 11? What would be done here under the appropriate circumstances? I think the remedy in that scenario would be to send it back with instructions for the court to analyze whether or not the misconduct here could implicate the inherent authority. But misconduct, that's the question. What's the misconduct? Well, our position, Your Honor, is the standard, whether you use inherent authority or Section 1927. But we would send it back, we'd say in this case, not in all the cases that have befallen the bank, correct? That's correct, Your Honor. Okay, so you agree that this case is solely about the individual's case? No, I can't concede that, Your Honor. You don't concede that, so now maybe you can explain that to us. Of course. If the standard is subjective bad faith, the standard is this attorney... You need bad faith for 1927, right? Yeah, or inherent authority, Your Honor. Well, the judge doesn't sanction under inherent authority. Sanction under 1927, usually all we do is affirm or reverse a 1927 sanction. We don't say, no, no, if you want to sanction them, don't do it under 1927, do it this way. Usually we don't run a continuing education program in the decision. I understand, Your Honor. Especially when you're involving a Cass action. I see that my time has expired, Your Honor. You can go ahead. Go ahead. The bottom line from our standpoint, Your Honor, just to wrap it all up is I don't think that you can, you know, if the standard of review is abuse of discretion, the court in this case looked at what we believe is, you know, one case, but in deciding whether or not that attorney in this one case had the subjective bad faith required to implicate sanctions, I think that necessarily allowed the court to take into consideration other cases that were pending in that judge's district in which the same arguments had already been rejected. But what if it's the clock that's right, the stop clock that's right twice a day? Maybe it's a bunch of bad faith claims for other plans, but this lady really did have good credit that was smeared by error. Well, the way that would have come to fruition, Your Honor, the way this case would have been different is had they responded to a meet and confer, had they filed an opposition to a motion to dismiss. The system is structured. Let's just stop right there. If you file a motion to dismiss and I, within the available time, file an amended complaint that I think is going to fix some issue that you've brought up, I don't need to file an answer to your motion to dismiss, do I? No, you don't, Your Honor. Okay. So that way you keep saying if they had filed an answer. So let's just get the procedural posture straight. The attorney messed up maybe out of abundance of caution in filing a motion to amend because he didn't need to. So somehow the district court went off on that. So basically he got, he's getting sanctioned for doing something he didn't really need to do and so be it. I mean, a lot of young attorneys feel like they want to make, you read the rule and you can hardly believe that really is the rule, that you can file the amended complaint and then what about next, right? So we've all read that. We've all been there. But once they do that, then isn't the court basically say, well, not that you didn't file an answer to the motion to dismiss, but rather your amended complaint still has infirmities. Therefore, I dismiss the action. And then it's either with or without further leave to amend because you've got one free amendment. Normally, if it comes up here after one free amendment, we would say, well, wait. What about the normal sort of free leave to amend if it's not, if it doesn't show prejudice to the court or the party? So maybe you can explain to me how even if it goes back, we would be in a sanctionable situation. Well, it would be difficult without having those other cases at the district court's fingertips because I think that's our core point, Your Honor, is all of these other cases are relevant in deciding whether or not this particular attorney knew what he was doing. Do you have any authority that says that in the 1927 action, if you will, or use of 1927, that cases other than the one before the district judge can be taken into account? None in the 1927 context. Okay, that's really the question. We know inherent power, Rule 11, that's different. But in this context, you can see that there are no cases that you're aware of. I can't find any either. It says you can bring in the universe and consider. Do you also agree that 1927 doesn't apply against a law firm? Well, I can't fight with the text of the statute. It does say admitted to practice. Those are the key words that the statute uses, and law firms, of course, are not admitted to practice. Now, there is a circuit split on that issue. We like those. My colleague referred to the Claiborne decision in discussing that point in the Seventh Circuit, and I'll concede reasonable minds can differ on that issue. The reason I bring up Claiborne is one of the very next paragraphs in that decision explains how this doesn't mean law firms can run wild and violate the rules left and right. They're still subject to be sanctioned. Just not under 1927. I'm still trying to find out what's wrong with this. I was trying to imagine myself as Wells Fargo's lawyer here, reading this complaint, figuring out what are we supposed to have done wrong. And I look at paragraph 11. It says, Plaintiff obtained her credit reports maintained by Experian, Equifax, and TransUnion. Plaintiff discovered accounts in derogatory status reported by, and then she lists each defendant, and for Wells Fargo, she lists two accounts. And then she says that at paragraph 16, she mailed dispute letters to Wells Fargo, and at 22, she says she mailed three letters to each and every defendant. Page 24, the inaccurate reporting by each of the defendants constituted defamatory statement and 25 damages. If that is all the complaints had said, I don't understand what the problem is. The problem is that in all of these cases, Your Honor, the complaints were almost block copied from one set to another. So here, this is a good example. There may be a continuing practice by, I don't know, banks, credit agencies, whatever, or there may not be of inaccurate credit reporting. And what's the matter with cookie-cutter complaints addressing cookie-cutter wrongdoings? In this particular complaint, the problem is that the story outlined in the complaint was that the account did not belong to the plaintiff. Now, when I read the word belong, it makes me think it's some kind of identity theft. If someone took out an account in this person's name and Wells Fargo's report. It could mean that or it could just be a way of saying it's not my account. They've reported the wrong person. Not identity theft, but they reported his account on my credit report. Whoops. That's correct, Your Honor. I would like his credit, but if I didn't like his credit, it would be a problem, right? Right. So why isn't the remedy like the normal thing? You look at this. You either send them out some quick discovery and say, you know, we want a copy of the credit report. You can go look at your account. You can see what you reported on behalf of this client to reporting agencies. Right. So the answer, Your Honor, is, you know, the reason I bring up the word belong in the complaint as to how that was used, because if you compare the story that was told when they opposed our fee motion and they attached those printouts from Wells Fargo, then the story wasn't this wasn't my account or this account did not belong with me. It was, well, the account was reported inaccurately. I think those are inconsistent. That's a whole different issue, though, when you get to the attorney fees, right? Right. Well, the judge has already decided that it's going to be a sanction. The question is how much, right? That's right. Counsel, honestly, there isn't really any question, is there, that the district judge did what was done here because of the multiplicity of suits. It wasn't just this suit, right? I think that played a big part in the court's decision. Okay. Any other questions? Thank you. Thank you for your time, Your Honors. You have a minute for rebuttal. Your Honors, the most common occurring theme I heard was other cases. However, Wells Fargo has failed to point to any evidence to show that other cases were defective. I keep hearing other cases, other cases. However, Wells Fargo utterly failed to point to any evidence to show that there was something wrong with other cases. There is none in the briefs. Well, Counsel, I agree with you in this case, but just as a word of caution, I think one of your predecessors in the firm is before the State Bar, right, at this point? I just want to make it clear for the record he was not affiliated in any way. You inherited some of his cases, is that right? So he was not part of your firm? Yes, he was going through some personal issues. He came pleading us to take some of his clients. We took it, and everything was brought to a conclusion. None of those cases got sanctioned or anything. There's no evidence pointing that. Is there an adjudication by the State Bar that he did something wrong, or is it just that there's a complaint by, I don't know, Wells Fargo? I'm not aware of any adjudication, Your Honor. I think that there is a complaint, but I can't speak for that. Lawyers who do divorce get complaints against them all the time that are dismissed because it's just somebody who's mad that they got a lawyer on the other side. I'm not aware of any adjudication, Your Honor. I think we've heard enough on the argument. One other word of caution, of course, is to make sure that someone is overseeing, particularly new attorneys, because the rules can be complicated. They're not always readily apparent, but they say what they say. Thank both counsel for your argument this morning. Thank you, Your Honor. The case of Cass Law v. Wells Fargo Bank is submitted.
judges: Kleinfeld, McKeown, Smith